IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Mormino, an Arizona citizen,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Automatic Data Processing Inc., a Delaware corporation, TotalSource, Inc., a Florida corporation,<br><br>　　　　　Defendants. | No. CV-12-2411-PHX-BSB<br><br>**ORDER** |

　　　Having considered the parties' Stipulated Motion to Dismiss (Doc. 20), and good cause appearing,

　　　IT IS ORDERED that this action be dismissed with prejudice, each side to bear his, her or its own attorneys' fees and costs.

　　　DATED this 1st day of March, 2013.

_____
Bridget S. Bade
United States Magistrate Judge